AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Violation: 21 U.S.C. § 841 (a)(1)
[Possession with Intent to Distribute and Distribution of Crack Cocaine]

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment A

**DEFENDANT - U.S.**
Eugene Holmes Jr.

DISTRICT COURT NUMBER
CR 07 0468

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Alcohol, Tobacco, Firearms & Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70415WDB

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☑ No } If "Yes" give date filed _____

DATE OF ARREST ▸ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▸ _____  Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) DEBORAH R. DOUGLAS, AUSA

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

## ATTACHMENT A: PENALTIES

COUNT ONE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about December 8, 2006, in the Northern District of California, the defendant, EUGENE HOLMES JR., did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties:** Maximum prison term of twenty years, a term of supervised release of at least three years and up to life, $1 million fine, and $100 special assessment.

COUNT TWO: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about December 21, 2006, in the Northern District of California, the defendant, EUGENE HOLMES JR., did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties:** Mandatory minimum prison term of five years and up to 40 years, a term of supervised release of at least four years and up to life, $2 million fine, and $100 special assessment.

COUNT THREE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about January 18, 2007, in the Northern District of California, the defendant, EUGENE HOLMES JR., did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties:** Maximum prison term of twenty years, a term of supervised release of at least three years and up to life, $1 million fine, and $100 special assessment.

COUNT FOUR: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about March 1, 2007, in the Northern District of California, the defendant, EUGENE HOLMES JR., did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties:** Mandatory minimum prison term of five years and up to 40 years, a term of supervised release of at least four years and up to life, $2 million fine, and $100 special assessment.

COUNT FIVE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about March 8, 2007, in the Northern District of California, the defendant, EUGENE HOLMES JR., did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties:** Mandatory minimum prison term of five years and up to 40 years, a term of supervised release of at least four years and up to life, $2 million fine, and $100 special assessment.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

UNITED STATES OF AMERICA,

CR 07     0468

EUGENE HOLMES JR.,

CW

DEFENDANT.

## INDICTMENT

VIOLATIONS: 21 U.S.C. § 841(a)(1) [ Possession with Intent to Distribute and Distribution of Crack Cocaine]

A true bill.

_____ Foreman

Filed in open court this 19th day of July 2007

_____ Clerk

Bail, $ No Bail

7/19/07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**FILED**
07 JUL 19 PM 4:41

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. D. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 07 0468 CW

| UNITED STATES OF AMERICA, | ) | Criminal No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATION: 21 U.S.C. § 841(a)(1) |
| v. | ) | [Possession with Intent to Distribute and Distribution of Crack Cocaine] |
| EUGENE HOLMES JR., | ) | |
| | ) | OAKLAND VENUE |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about December 8, 2006, in the Northern District of California, the defendant,

EUGENE HOLMES JR.,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II

INDICTMENT

controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about December 21, 2006, in the Northern District of California, the defendant,

EUGENE HOLMES JR.,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about January 18, 2007, in the Northern District of California, the defendant,

EUGENE HOLMES JR.,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about March 1, 2007, in the Northern District of California, the defendant,

EUGENE HOLMES JR.,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

INDICTMENT                                    2

1  COUNT FIVE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about March 8, 2007, in the Northern District of California, the defendant,

EUGENE HOLMES JR.,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 19, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
STEPHEN G. CORRIGAN
Acting Chief, Oakland Branch

(Approved as to form: _____)
                       AUSA Deborah R. Douglas

INDICTMENT                                  3