JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>EUGENE HOLMES,    )<br>    )<br>    Defendant.    )<br>————————————————    ) | No. CR07-0468 CW<br><br>ORDER EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT, 18 U.S.C. §<br>3161 ET SEQ. |

On April 13, 2010, the defendant appeared before the Court at a status hearing and this matter was continued to May 7, 2010 at 10 a.m. for a change of plea. For the reasons stated in open court on April 13, 2010, the Court excluded time under the Speedy Trial Act from April 13, 2010 to May 7, 2010 to enable defense counsel to review discovery and for effective preparation. The Court found that (A) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: April _15_, 2010



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge