JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

  450 Golden Gate Avenue, 11th Floor
  San Francisco, California 94102
  Telephone: (415) 436-7200
  Facsimile: (415) 436-7234
  E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-0468 CW |
| Plaintiff, | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. | |
| EUGENE HOLMES, | |
| Defendant. | |

On May 7, 2010, the defendant appeared before the Court at a status hearing and this matter was continued to May 21, 2010 at 10 a.m. for a change of plea. For the reasons stated in open court on May 7, 2010, the Court excluded time under the Speedy Trial Act from May 7, 2010 to May 21, 2010 to enable defense counsel to conduct further investigation and for effective preparation. The Court found that (A) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due

1  diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the
2  public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: May  17, 2010                            _____
                                                LAUREL BEELER
                                                United States Magistrate Judge