UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR  07-00468 CW (LB) |
| | ) | |
| Plaintiff, | ) | **REPORT AND RECOMMENDATION** |
| v. | ) | **REGARDING GUILTY PLEA** |
| | ) | |
| EUGENE HOLMES, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The magistrate judge recommends to the district judge that it accept defendant Eugene

Holmes' guilty plea entered in open court on May 21, 2010.  Specifically, the defendant pleaded

guilty to counts one through five of the indictment charging possession with the intent to distribute

and distribution of crack cocaine.  There is no plea agreement in this case.  The defendant completed

the standard application for permission to enter a plea of guilty. That application has been e-filed

separately. The magistrate judge makes the following findings:

1.   On the hearing date set forth above, with the assistance of counsel, the defendant waived

his right to enter his guilty plea before a district judge and instead consented to enter his plea in a

hearing in magistrate court.  Specifically, the magistrate judge advised him that he had a right to

plead guilty in district court and that under 28 U.S.C. § 636(b) and Federal Rule of Criminal

Procedure 59, he could waive that right and consent to enter his plea in a plea hearing in magistrate

court.  The magistrate judge also advised him that it would issue a written report recommending that

CR 07-00468
REPORT AND RECOMMENDATION

UNITED STATES DISTRICT COURT
For the Northern District of California

1   the district judge accept the guilty plea, that the district judge would review that recommendation

2   and determine whether to accept the guilty plea, and that the district judge and not the magistrate

3   judge would sentence him.  The magistrate judge also advised him of the procedures (also set forth

4   at the end of this recommendation) for challenging the magistrate judge's recommendation.  The

5   defendant then waived his right to proceed in district court in open court and in writing and

6   consented to the magistrate judge's conducting the plea hearing.

7        2.  The magistrate judge conducted a full plea hearing in the manner set forth in Federal Rule

8   of Criminal Procedure 11.  In particular, the magistrate judge reviewed, and the defendant

9   acknowledged that he understood, the following: (a) the nature of each charge and the maximum

10  penalties, as set forth in Fed. R. Crim. P. 11(b)(1) (G)-(L); (b) the effect of the advisory Sentencing

11  Guidelines and 18 U.S.C. § 3553(a), *see* Fed. R. Crim. P. 11(b)(1)(M); and (c) the rights he was

12  waiving by pleading guilty, *see* Fed. R. Crim. P. 11(b)(1) (A)-(F).  The magistrate judge also

13  determined that there was a factual basis for the guilty plea.  *See* Fed. R. Crim. P. 11(b)(3).

14       3.  The magistrate judge also addressed the defendant personally in open court, and

15  determined that the plea was voluntary and did not result from force, threats, or promises.  *See* Fed.

16  R. Crim. P. 11(b)(2).

17       4.   After the advisements set forth in Rule 11, and summarized here, the defendant pleaded

18  guilty as summarized above.  The magistrate judge found that he was fully competent and capable of

19  entering an informed plea, that he was aware of the nature of the charges and the consequences of

20  the guilty plea, and that the guilty plea was knowing and voluntary and supported by an independent

21  factual basis.  This court thus recommends to the district judge that it accept the defendant's guilty

22  plea.

23       5.  Any party may serve and file specific written objections within fourteen days after being

24  served with a copy of this order.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59.  Failure to file

25  objections within the specified time may waive a party's right to review.  *See* Fed. R. Crim. P. 59(b).

26  ///

27  ///

28

CR 07-00468
REPORT AND RECOMMENDATION                    2

1        6.  At the parties' request, this court set the matter for further proceedings before the district

2   court on August 25, 2010, at 2:00 p.m. and referred the matter to U.S. Probation for preparation of a

3   presence report.

4

5        **IT IS SO RECOMMENDED**.

6

    Dated: May 24, 2010                                    _____

7                                                          LAUREL BEELER

8                                                          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR 07-00468
REPORT AND RECOMMENDATION                    3