IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EUGENE HOLMES, JR.,<br><br>   Defendant.<br>_____/ | No. 07-00468 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

   The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

   Defendant Eugene Holmes, Jr.'s plea of guilty is accepted by the Court as to Counts One, Two, Three, Four, and Five of the Indictment charging Defendant Eugene Holmes, Jr. with possession with the intent to distribute and distribution of crack cocaine in violation of 21 U.S.C. § 841(a)(1).  Sentencing is set for Wednesday, September 8, 2010.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated:  6/8/2010

_____
CLAUDIA WILKEN
United States District Judge

cc:  LB, Probation, Wings