IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

EUGENE HOLMES, JR.,

      Defendant.

_____/

No. CR 07-0468 CW

ORDER RECOMMENDING
RESIDENTIAL DRUG
ABUSE PROGRAM

On October 11, 2011, Defendant Eugene Holmes, Jr. filed a document entitled, "Motion to Correct and Add Addendum to Presentence Report," in which he states that the Bureau of Prisons (BOP) is relying on his Presentence Report to deny him eligibility for the its Residential Drug Abuse Program (RDAP), which would allow him to earn up to a one-year reduction in sentence.  The Court recommended that he participate in the BOP's drug treatment program.  See Judgment at 3 (Docket No. 51).

The Court recommends specifically that Defendant be admitted to the RDAP, if he is eligible for it.  The Court expresses no opinion as to Defendant's entitlement to a one-year reduction in sentence if he completes the program.


IT IS SO ORDERED.


Dated: 11/1/2011

_____
CLAUDIA WILKEN
United States District Judge